**ARNOLD & PORTER KAYE SCHOLER LLP**
TRENTON H. NORRIS (Bar No. 164781)
ASHLEY N. GOMEZ (Bar No. 336364)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  415.471.3100
Facsimile:  415.471.3400
trent.norris@arnoldporter.com
ashley.gomez@arnoldporter.com

ALEX BEROUKHIM (Bar No. 220722)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199
alex.beroukhim@arnoldporter.com

*Attorneys for Defendant*
RECKITT BENCKISER, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIGIACINTO, an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER, LLC,<br><br>Defendant. | Case No.  4:22-cv-04690-DMR<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY, ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT, AND SET BRIEFING SCHEDULE** |

Pursuant to Local Rule 7-12, Plaintiff Joseph DiGiacinto ("Plaintiff") and Defendant Reckitt Benckiser, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1.  WHEREAS, Plaintiff filed his Complaint (ECF No. 1) in this case on August 16, 2022;

2.  WHEREAS, Plaintiff served his Complaint on August 17, 2022 (ECF Nos. 7–8);

3. WHEREAS, on September 2, 2022, the Parties jointly agreed to an extension of Defendant's time to respond to the Complaint to September 30, 2022 (ECF No. 11);

4. WHEREAS, in preparation for Defendant's response, Defendant's counsel came to understand the incorrect party was sued in this action;

5. WHEREAS, Defendant filed its Answer to Plaintiff's Complaint on September 28, 2022 (ECF No. 16);

6. WHEREAS, the Parties agree that judicial economy would be served by substituting RB Health (US) LLC in place of Defendant Reckitt Benckiser, LLC, *nunc pro tunc*, as opposed to requiring Plaintiff to file an amended complaint naming RB Health (US) LLC as the defendant.

7. WHEREAS, Plaintiff seeks to file a First Amended Complaint to, *inter alia*, add a claim for damages under the California Consumers Legal Remedies Act, and requested Defendant's consent pursuant to Fed. R. Civ. P. 15(a)(2), which was granted;

8. WHEREAS, Defendant requires additional time to respond to Plaintiff's First Amended Complaint, when filed, beyond the time provided in Federal Rule of Civil Procedure 15, and the Parties have agreed to a modified briefing schedule thereafter to accommodate preexisting obligations;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, with good cause appearing, and subject to court approval, that:

i. RB Health (US) LLC is hereby substituted into this case as the defendant in place of Defendant Reckitt Benckiser, LLC, *nunc pro tunc*, bearing all the same rights, defenses, liabilities, and obligations of Defendant Reckitt Benckiser, LLC, that exist at the time of this stipulation;

ii. Plaintiff shall file his First Amended Complaint on or before November 7, 2022;

iii. Defendant shall file its Motion to Dismiss, or similar pleading, to Plaintiff's First Amended Complaint on or before December 9, 2022;

iv. Plaintiff shall file his Opposition on or before January 13, 2023;

v. Defendant shall file its Reply on or before January 27, 2023;

vi. The Parties request a hearing date of February 14, 2023 for the Motion to Dismiss, or similar pleading, or another date thereafter that is convenient for the Court.

The Parties respectfully request that the Court enter an Order approving this Stipulation.

IT IS SO STIPULATED.

Dated:  October 18, 2022                ARNOLD & PORTER KAYE SCHOLER LLP


By:  */s/ Trenton H. Norris*
     Alex Beroukhim
     Trenton H. Norris
     Ashley N. Gomez

*Attorneys for*
RECKITT BENCKISER, LLC
and RB HEALTH (US) LLC


Dated: October 18, 2022                 LAW OFFICES OF RONALD A. MARRON


By:  */s/ Lilach Halperin*
     Lilach Halperin
     Ronald A. Marron
     Michael T. Houchin

*Attorneys for Plaintiff*
JOSEPH DIGIACINTO

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attest that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: October 18, 2022

  */s/ Trenton H. Norris*
  Trenton H. Norris

# ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that:

   i.   RB Health (US) LLC is hereby substituted into this case as the defendant in place of Defendant Reckitt Benckiser, LLC, *nunc pro tunc*, bearing all the same rights, defenses, liabilities, and obligations of Defendant Reckitt Benckiser, LLC, that exist as of the date of this order;

   ii.  Plaintiff shall file his First Amended Complaint on or before November 7, 2022;

   iii. Defendant shall file its Motion to Dismiss or similar pleading to Plaintiff's First Amended Complaint on or before December 9, 2022;

   iv.  Plaintiff shall file his Opposition on or before January 13, 2023;

   v.   Defendant shall file its Reply on or before January 27, 2023;

   vi.  The hearing date for Defendant's Motion to Dismiss, or similar pleading, shall take place on February 23, 2023, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated:   October 19, 2022            By: _____
                                         The Honorable Donna M. Ryu
                                         U.S. District Court Magistrate Judge