**ARNOLD & PORTER KAYE SCHOLER LLP**
TRENTON H. NORRIS (Bar No. 164781)
ASHLEY N. GOMEZ (Bar No. 336364)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400
trent.norris@arnoldporter.com
ashley.gomez@arnoldporter.com

ALEX BEROUKHIM (Bar No. 220722)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199
alex.beroukhim@arnoldporter.com

*Attorneys for Defendant*
RB HEALTH (US) LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIGIACINTO, an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>RB HEALTH (US) LLC,<br><br>Defendant. | Case No.  4:22-cv-04690-DMR<br><br>**JOINT STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Joseph DiGiacinto ("Plaintiff") and Defendant RB Health (US) LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, at the outset of this case, the Court set the initial Case Management Conference for November 16, 2022 (ECF No. 6);

2. WHEREAS, on October 19, 2022, the Court granted the Parties' stipulated request, setting the due date for Plaintiff's First Amended Complaint as November 7, 2022, the due date for

Defendant's Motion to Dismiss as December 9, 2022, the due date for Plaintiff's Opposition as January 13, 2022, the due date for Defendant's Reply as January 27, 2022, and the hearing date for Defendant's Motion to Dismiss as February 23, 2023 (ECF No. 18);

3. WHEREAS, Defendant's lead counsel has a preplanned vacation scheduled from November 14, 2022 to November 25, 2022, and Plaintiff has agreed to postpone the initial Case Management Conference for an additional two to three weeks, at the Court's availability;

4. WHEREAS, this requested extension will not impact the other case deadlines and is not sought for delay or any other improper purpose;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that subject to Court approval, the current initial Case Management Conference be continued to November 30, 2022, or such date thereafter that is convenient for the Court.

The Parties respectfully request that the Court enter an Order approving this Stipulation.

IT IS SO STIPULATED.

Dated: October 26, 2022    ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Trenton H. Norris*
Trenton H. Norris
Alex Beroukhim
Ashley N. Gomez

*Attorneys for*
RB HEALTH (US) LLC

Dated: October 26, 2022    LAW OFFICES OF RONALD A. MARRON

By: */s/ Lilach Halprin*
Lilach Halperin
Ronald A. Marron
Michael T. Houchin

*Attorneys for Plaintiff*
JOSEPH DIGIACINTO

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attest that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: October 26, 2022

/s/ *Trenton H. Norris*
Trenton H. Norris

# ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that the initial Case Management Conference, presently scheduled for November 16, 2022 at 1:30 p.m. is vacated and continued to February 23, 2023 at 1:00 p.m. in Oakland, by Videoconference only to coincide with the hearing on Defendant's Motion to Dismiss. Parties shall file a joint case management conference statement by February 16, 2023.

**IT IS SO ORDERED AS MODIFIED.**

Dated: October 27, 2022

By: _____
The Honorable Donna M. Ryu
U.S. District Court Magistrate Judge

