**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiff and the Proposed Class***

**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
JOSEPH T. SPOERL (Bar No. 330245)
ASHLEY N. GOMEZ (Bar No. 336364)
4 Embarcadero Center, Suite 3500
San Francisco, California  94111
Telephone:    (415) 374-2300
Facsimile:    (415) 374-2499
trent.norris@hoganlovells.com
joseph.spoerl@hoganlovells.com
ashley.gomez@hoganlovells.com

***Attorneys for Defendant***
RB HEALTH (US) LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIGIACINTO, an individual, on behalf of himself, all others similarly situated, and the general public, <br><br> Plaintiff, <br><br> v. <br><br> RB HEALTH (US) LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 4:22-cv-04690-DMR <br><br> Action Filed: August 16, 2022 <br><br> **ORDER (AS MODIFIED) GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

1    The Court, having considered the Parties' Stipulation to Continue the Hearing on Defendant's

2  Motion for Judgment on the Pleadings, and finding good cause therefore, hereby GRANTS the Parties'

3  stipulation and continues the hearing on Defendant's Motion for Judgment on the Pleadings to September

4  14, 2023 at 1:00 p.m. in Oakland, by Zoom Videoconference only. The Parties are ordered to jointly

5  apprise the Court as to the outcome of the mediation on or before August 31, 2023. All counsel and

6  parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-

7  donna-m-dmr/.

8

9  **IT IS SO ORDERED.**

10

11

12  Dated:  ___August 14__ , 2023

13

14

15

16



_____

The Honorable Judge Donna M. Ryu

Chief Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

*DiGiacinto v. RB Health (US), LLC*, Case No. 4:22-cv-04690-DMR
ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR JUDGMENT
ON THE PLEADINGS