**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiff and the Proposed Class***

**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
MARC A. MARINACCO (pro hac vice)
ASHLEY N. GOMEZ (Bar No. 336364)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com
marc.marinacco@hoganlovells.com
ashley.gomez@hoganlovells.com

*Attorneys for Defendant*
RB Health (US), LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIGIACINTO, an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>RB HEALTH (US), LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 4:22-cv-04690-DMR<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATED REQUEST TO EXTEND CASE DEADLINES BY 90 DAYS \*\*\*AS MODIFIED\*\*\***<br>Ctrm: 4<br>Judge: Hon. Donna M. Ryu |

i

*DiGiacinto v. RB Health (US), LLC*, Case No. 4:22-cv-04690-DMR
ORDER (As Modified) GRANTING JOINT REQUEST TO EXTEND CASE DEADLINES FOR 90 DAYS

Before the Court is the Parties' Joint Stipulated Request to Extend Case Deadlines by 90 days. The Parties' Request is **GRANTED**. The deadlines in this case shall be as follows:

| Event | Deadline |
|---|---|
| Expert Reports on Class Certification | May 22, 2024 |
| Expert Rebuttal Reports on Class Certification | June 26, 2024 |
| Motion for Class Certification | August 21, 2024 |
| Opposition to Motion for Class Certification | September 18, 2024 |
| Reply in Support of Motion for Class Certification | October 16, 2024 |
| Hearing for Motion for Class Certification | November 14, 2024 at 1:00 p.m. by Zoom videoconference |
| Expert Reports on Merits | 21 days after the Court's ruling on Plaintiff's Motion for Class Certification |
| Expert Rebuttal Reports on Merits | 42 days after the Court's ruling on Plaintiff's Motion for Class Certification |
| Close of Fact and Expert Discovery | 90 days after the Court's ruling on Plaintiff's Motion for Class Certification |
| Last day for hearing on dispositive motion | ~~March 5, 2025~~ March 27, 2025 |

**IT IS SO ORDERED.**

Dated: February 1, 2024



The Honorable Judge Donna M. Ryu
U.S. District Court Magistrate Judge

1

*DiGiacinto v. RB Health (US), LLC*, Case No. 4:22-cv-04690-DMR
ORDER (As Modified) GRANTING JOINT REQUEST TO EXTEND CASE DEADLINES FOR 90 DAYS