**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
LILACH HALPERIN (SBN 323202)
lilach@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff
and the Proposed Class*

**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com

*Attorneys for Defendant*
RB Health (US), LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIGIACINTO, an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>              Plaintiff,<br><br>       v.<br><br>RB HEALTH (US), LLC, a Delaware limited liability company,<br><br>              Defendant. | Case No.:   4:22-cv-04690-DMR<br><br>**ORDER (AS MODIFIED) GRANTING JOINT STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br>Ctrm:   4<br>Judge:  Donna M. Ryu |

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that the Further Case Management Conference shall be continued from May 1, 2024 to July 3, 2024 in Oakland, by Videoconference. Parties shall file an updated joint case management conference by June 26, 2024. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

IT IS SO ORDERED AS MODIFIED.

Dated: April 30, 2024

The Honorable Donna M. Ryu
Chief Magistrate Judge